```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675038115
Cashier ID: ehawkins
Transaction Date: 09/22/2015
Payer Name: ROBERT ANDREW FREE
------------------------------------
WRIT OF HABEAS CORPUS
 For: ROBERT ANDREW FREE
 Case/Party: D-TNM-3-15-CV-001020-001
 Amount:        $5.00
------------------------------------
CHECK
 Check/Money Order Num: 1004
 Amt Tendered: $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```