UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUBEN QUIROZ-TREJO ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:15-1020 |
| ] | Senior Judge Haynes |
| DAVID RIVERA ] | |
|     Respondent. ] | |

## ORDER

Before the Court is a prisoner petition (Docket Entry No. 1) under 28 U.S.C. § 2241, for writ of habeas corpus.

Having conducted a preliminary review of the petition, it appears that the Petitioner has alleged a colorable claim for relief. Accordingly, the Respondent is hereby **ORDERED** to file a response within sixty (60) days of this Order.

It is so **ORDERED**.

ENTERED this the ___ day of October, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge