**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

3:15-1020 DE# 3
David Rivera
1250 Poydras St., Suite 325
New Orleans, LA 70113

Sent
Street & Apt. No.,
or PO Box No.
City, State, ZIP+4

PS Form 3800, July 2014                See Reverse for Instructions

7014 1820 0000 3443 4673

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Postage  $

3:15-1020 DE# 3
U.S. Attorney's Office
110 9th Ave. S. # A961
Nashville, TN 37203

Sent To
Street &
or PO Box
City, State, ZIP+4

PS Form 3800, July 2014                See Reverse for Instructions

7014 1820 0000 3443 4666