| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Timothy Once  C. Date of Delivery: 10-26-15 |
| 1. Article Addressed to:<br><br>3:15-1020 DE# 3<br>David Rivera<br>1250 Poydras St., Suite 325<br>New Orleans, LA 70113 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>**RECEIVED**<br>**OCT 30 2015**<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT OF LA<br><br>3. Service Type<br>☑ Certified Mail® ☐ Priority Mail Express™<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7014 1820 0000 3493 4673 |

PS Form 3811, July 2013  Domestic Return Receipt