# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Notice of Appearance of Counsel** with the Clerk of the Court for the United States District Court for the Middle District of Tennessee by using the Court's electronic case filing system on November 6, 2015. I further certify that all participants in the case are registered users of the Court's electronic case filing system and that service was accomplished through this system.

/s/ Joseph D. Hardy
JOSEPH D. HARDY

Counsel for Respondent